March 4, 1975.

M. P. No. 75-44. IN RE APPLICATION OF LOCAL 1949, INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL-CIO, PORTSMOUTH, RHODE ISLAND.

## ORDER APPOINTING ARBITRATOR

This matter came on to be considered by Chief Justice Roberts on March 4, 1975, on the Application of Local 1949, International Association of Fire Fighters, AFL-CIO, requesting the Chief Justice to appoint a third arbitrator under the provisions of Sec. 28-9.1-8 of the General Laws of Rhode Island, 1956, as amended, to arbitrate a Collective Bargaining Agreement between the Town of Portsmouth and Local 1949, International Association of Fire Fighters, AFL-CIO, on all of the unresolved issues between said parties.

After consideration thereof it is

## ORDERED:

1. The Application is granted.

2. John J. Hall of 245 Sharon Drive, Warwick, Rhode Island, is appointed as the third member and chairman of the said Arbitration Board under the provisions of Sec. 28-9.1-8 of the General Laws of Rhode Island, 1956, as amended. *Hogan & Hogan, Thomas S. Hogan,* for petitioner.

March 13, 1975.

M. P. No. 74-336. DAVID REILLY *et al. as members of the Smithfield School Building Committee v.* RAY IAFRATE *et al. as members of the Greenville Water District Board.* Motion for a special assignment is granted, and the matter is assigned to the May 1975 calendar for hearing on the merits. *Stephen E. Cicilline,* for petitioners. *John H. Hines, Jr.,* for respondents.